

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 JUN 25 PM 4:05
KMB

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 3-24CR-261-N |
| JENNIFER ELIZABETH RAMOS | |

### INDICTMENT

The Grand Jury Charges:

### Count One
### Theft and Possession of Stolen Mail
(Violation of 18 U.S.C. § 1708)

Beginning in or about October 2023, and continuing through on or about November 11, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jennifer Elizabeth Ramos**, did knowingly and unlawfully have in her possession mail matter, which had been stolen, taken, embezzled and abstracted from the United States mail, knowing said mail matter to have been stolen.

In violation of 18 U.S.C. § 1708.

<u>Counts Two and Three</u>
Theft of Government Property
(Violation of 18 U.S.C. § 641)

On or about November 11, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Jennifer Elizabeth Ramos**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money belonging to the United States, that is, United States Treasury checks, to which Ramos knew she was not entitled, each instance constituting a separate count.

| Count | Intended Recipient | Amount |
|---|---|---|
| Two | R.F. | $45,163 |
| Three | S.Z. / COVIDCRP, LLC | $19,641.72 |

All in violation of 18 U.S.C. § 641.

<u>Count Four</u>
Possession of Counterfeit or Unauthorized Access Devices
(Violation of 18 U.S.C. §§ 1029(a)(3))

Beginning on a date unknown to the grand jury, and continuing through on or about November 11, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jennifer Elizabeth Ramos**, did knowingly and with intent to defraud possess fifteen or more devices, which were unauthorized access devices, to wit, 89 credit and debit cards, with said conduct affecting interstate commerce.

In violation of 18 U.S.C. §§ 1029(a)(3) and 1029(c)(1)(a)(i).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ABRON C. HESTER
Assistant United States Attorney
Texas State Bar No. 24126960
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8807
Email: abron.hester@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JENNIFER ELIZABETH RAMOS

INDICTMENT

18 U.S.C. § 1708
Theft and Possession of Stolen Mail
(Count 1)

18 U.S.C. § 641
Theft of Government Property
(Counts 2 and 3)

18 U.S.C. §§ 1029(a)(3)
Possession of Counterfeit or Unauthorized Access Devices
(Count 4)

4 Counts

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this 25th day of June, 2024.

**Warrant to be Issued - In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending